Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ISRAEL GARCIA,<br><br>                    Defendant. | 2:23-CR-1-SAB<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 924(c)(1)(A)<br>Discharge of a Firearm During and in Relation to a Drug Trafficking Crime (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)<br>Possession with the Intent to Distribute 400 Grams or More of Fentanyl (Count 2)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearms (Count 3)<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461, 21 U.S.C. § 853<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about October 16, 2022, the Defendant, ISRAEL GARCIA, did knowingly use, carry, brandish, and discharge a firearm, to wit: a Springfield XD, .45 caliber pistol, bearing serial number GM513032, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 400 Grams or More of Fentanyl as charged in Count 2 of this Indictment, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 2

On or about October 16, 2022, in the Eastern District of Washington, the Defendant, ISRAEL GARCIA, did knowingly possess with intent to distribute 400 or more grams or of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## COUNT 3

On or about October 16, 2022, in the Eastern District of Washington, the Defendant, ISRAEL GARCIA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: a Springfield

INDICTMENT – 2

XD, .45 caliber pistol, bearing serial number GM513032 and a Glock 19, 9mm pistol, bearing serial number BPNU554, which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A); and/or 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, ISRAEL GARCIA, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Springfield XD, .45 caliber pistol, bearing serial number GM513032 (Counts 1 and 3); and,

- a Glock 19, 9mm pistol, bearing serial number BPNU554 (Count 3).

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this Indictment, the Defendant, ISRAEL GARCIA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any

INDICTMENT – 3

property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The assets to be forfeited include, but are not limited to:

- a Springfield XD, .45 caliber pistol, bearing serial number GM513032; and,

- a Glock 19, 9mm pistol, bearing serial number BPNU554.

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 4 day of January 2023.

A TRUE BILL



Vanessa R. Waldref
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 4