# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. ISRAEL GARCIA**                     Case No.    **2:23-CR-0001-SAB-1**

Defendant consented to appear via video conference

## Initial Appearance and Arraignment on Indictment:            01/04/2023

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Emely Cubias, US Probation / Pretrial Services Officer | ☒ | Amy Rubin, Defense Atty (VTC) |
| ☒ | Defendant present ☒ in custody USM (VTC) | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☐ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed in 2:15-CR | ☒ | Indictment was reviewed with Defendant by defense counsel |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Indictment reviewed in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is ISRAEL GARCIA. Hearing was conducted "bed-side" from medical facility. The Court, Defendant and defense counsel were present at medical facility; probation and Government were present by video conference.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered as to all counts.

Based on information contained in the Financial Affidavit previously submitted to the Court in 2:15-CR-206-SAB-3, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government orally moved for detention.

Defendant waived a detention hearing at this time but reserved the right to revisit issue of detention should circumstances change.

**The Court ordered:**
1. Motion for detention **granted**.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Discovery to be provided according to Local Rules on discovery.

Digital Recording/S-740        Time: 3:05 p.m. – 3:20 p.m.                    Page 1

4. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
*Waived by Defendant;*
**USA's Motion for Detention is** *granted.*
*Subject to right to return before the Court should circumstances change.*